UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 21-3177
_____

In re: Municipal Stormwater Pond Coordinated Litigation

------------------------------

City of Burnsville, Minnesota; City of Eden Prairie, Minnesota; City of Maple Grove, Minnesota; City of White Bear Lake, Minnesota; City of Minnetonka, Minnesota; City of Bloomington, Minnesota; City of Golden Valley, Minnesota; City of Eagan, Minnesota; City of Apple Valley, Minnesota; City of Saint Cloud, Minnesota; City of Inver Grove Heights, Minnesota

Plaintiffs - Appellants

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants
_____

No: 21-3179
_____

City of White Bear Lake, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3181

------

City of Eagan

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3182

------

City of Golden Valley, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3183

------

City of Apple Valley, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3185

------

City of Maple Grove, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------------

No: 21-3186

------------------------------

City of Eden Prairie, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

_____

No: 21-3187
_____

City of Saint Cloud, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Beazer East; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellee

Stella-Jones, Inc.

Defendant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants - Appellees

Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants
_____

No: 21-3191
_____

City of Bloomington, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3193

------

City of Minnetonka, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.

Defendants - Appellees

Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East

Defendants - Appellees

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3194

------

City of Inver Grove Heights, Minnesota

Plaintiff - Appellant

v.

Koppers, Inc.; Beazer East; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants - Appellees

Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------------

No: 21-3287

------------------------------

In re: Municipal Stormwater Pond Coordinated Litigation

------------------------------

City of Burnsville, Minnesota; City of Eden Prairie, Minnesota; City of Maple Grove, Minnesota; City of White Bear Lake, Minnesota; City of Minnetonka, Minnesota; City of Bloomington, Minnesota; City of Golden Valley, Minnesota; City of Eagan, Minnesota; City of Apple Valley, Minnesota; City of Saint Cloud, Minnesota; City of Inver Grove Heights, Minnesota

Plaintiffs - Appellees

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------------

No: 21-3292

------------------------------

City of Minnetonka, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------

No: 21-3300

------------------------

City of Inver Grove Heights, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Beazer East; Ruetgers Canada, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------

No: 21-3302

------------------------

In re: Municipal Stormwater Pond Coordinated Litigation

------------------------------

City of Burnsville, Minnesota; City of Eden Prairie, Minnesota; City of Maple Grove, Minnesota; City of White Bear Lake, Minnesota; City of Minnetonka, Minnesota; City of Bloomington, Minnesota; City of Golden Valley, Minnesota; City of Eagan, Minnesota; City of Apple Valley, Minnesota; City of Saint Cloud, Minnesota; City of Inver Grove Heights, Minnesota

Plaintiffs - Appellees

v.

Koppers, Inc.; Ruetgers Canada, Inc., now known as Rain Carbon Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3303

------

City of Eden Prairie, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3304

------

City of Saint Cloud, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Beazer East; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon,

Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Stella-Jones, Inc.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3305

------

City of White Bear Lake, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3307

------

City of Apple Valley, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------------

No: 21-3308

------------------------------

City of Golden Valley, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------------

No: 21-3309

------------------------------

City of Eagan

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3311

------

City of White Bear Lake, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------

No: 21-3312

------

City of Eagan, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

---

No: 21-3313

---

City of Bloomington, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

---

No: 21-3315

---

City of Golden Valley, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

---

No: 21-3316

City of Apple Valley, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.

Defendants

———————

No: 21-3317

———————

City of Maple Grove, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.

Defendants

Stella-Jones Corp.

Defendant - Appellant

Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Beazer East; Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

———————

No: 21-3318

———————

City of Maple Grove, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------------

No: 21-3320

------------------------------

City of Eden Prairie, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------------

No: 21-3323

------------------------------

City of Saint Cloud, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.

Defendant

Beazer East

Defendant - Appellant

Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Stella-Jones, Inc.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------

No: 21-3324

------------------------

City of Bloomington, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

------------------------

No: 21-3325

------------------------

City of Minnetonka, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.; Ruetgers Canada, Inc.; Rain Carbon Holdings, LLC; Rain Carbon, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC

Defendants

Beazer East

Defendant - Appellant

Stella-Jones, Inc.; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

———————————

No: 21-3326

———————————

City of Inver Grove Heights, Minnesota

Plaintiff - Appellee

v.

Koppers, Inc.

Defendant

Beazer East

Defendant - Appellant

Ruetgers Canada, Inc.; Stella-Jones Corp.; Coopers Creek Chemical Corporation; Lone Star Specialty Products, LLC; Bonsal American, Inc.; Specialty Technology and Research, Inc.; Vance Brothers, Inc.; The Brewer Company

Defendants

———————————————————————————————————

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-03495-JNE)
(0:18-cv-03498-JNE)
(0:19-cv-00058-JNE)
(0:18-cv-03509-JNE)
(0:19-cv-00119-JNE)
(0:18-cv-03497-JNE)
(0:18-cv-03496-JNE)
(0:19-cv-00916-JNE)
(0:18-cv-03503-JNE)
(0:18-cv-03501-JNE)
(0:19-cv-01891-JNE)
(0:18-cv-03495-JNE)
(0:18-cv-03501-JNE)
(0:19-cv-01891-JNE)
(0:18-cv-03496-JNE)

(0:19-cv-00916-JNE)
(0:18-cv-03498-JNE)
(0:19-cv-00119-JNE)
(0:18-cv-03509-JNE)
(0:19-cv-00058-JNE)
(0:18-cv-03503-JNE)
(0:18-cv-03497-JNE)
(0:18-cv-03496-JNE)

---

**JUDGMENT**

Before COLLOTON, KELLY, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the appeal and cross-appeal are dismissed for lack of jurisdiction in accordance with the opinion of this Court.

July 19, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans